

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 3:16cr98 DPJ-FKB |
| LESTER LEVELL SINGLETON and<br>LATOYA YEVETTE EMMONS | 21 U.S.C. § 846<br>21 U.S.C. § 952<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 856<br>18 U.S.C. § 924(c) |

**The Grand Jury charges:**

COUNT 1

Beginning at a date unknown but as early as January 1, 2015, and continuing through the date of the indictment, in Hinds County and elsewhere, in the Northern Division of the Southern District of Mississippi, and elsewhere, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS,** knowingly and willfully did conspire with each other and others known and unknown to the grand jury, to knowingly and intentionally possess with intent to distribute a mixture and substance containing 5-Fluoro-PB-22, a Schedule I controlled substance, as prohibited by Section 841(a)(1), Title 21, United States Code.

All in violation of Section 846, Title 21, and Section 2, Title 18, United States Code.

COUNT 2

On or about April 6, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS,** aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally import into the United States from a place outside the territorial limits thereof, to wit: a mixture and substance containing 5-Fluoro-

PB-22, a Schedule I controlled substance, in violation of Section 952, Title 21, and Section 2, Title 18, United States Code.

### COUNT 3

On or about April 9, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing 5-Fluoro-PB-22, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, and Section 2, Title 18, United States Code.

### COUNT 4

On or about April 9, 2015, in Hinds County, in the Northern Division of the Southern District of Mississippi and elsewhere, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS**, aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess acetone, a listed chemical as defined in Title 21, United States Code, Section 802, with the intent to manufacture a mixture and substance containing 5-Fluoro-PB-22, PX1, PX2, AB-PINACA, and AB-FUBINACA, Schedule I controlled substances, in a manner other than authorized by Title 21, United States Code Sections 801 through 904 in violation of Section 841(c)(1), Title 21, and Section 2, Title 18, United States Code.

### COUNT 5

On or about April 9, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS**, did unlawfully and knowingly open, lease, rent, use, or maintain a

place, whether permanently or temporarily at 2315 McFadden Road, Apartment #1205, Jackson, Mississippi for the purpose of manufacturing, distributing, using a mixture and substance containing 5-Fluoro-PB-22, PX1, PX2, AB-PINACA, and AB-FUBINACA, a Schedule I controlled substance in violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 6

On or about April 9, 2015, in Hinds County in the Northern Division of the Southern District of Mississippi, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS**, knowingly possessed a firearm, during and in relation to a drug trafficking crime for which they may be prosecuted in a court of the United States, that is, possession with intent to distribute 5-Fluoro-PB-22, a Schedule I controlled substance, in violation of Section 841(a)(1), Title 21, United States Code, and all in violation of Section 924(c)(1), Title 18, United States Code.

## NOTICE OF FORFEITURE

As a result of committing the offenses as alleged in this Indictment, the defendants, **LESTER LEVELL SINGLETON and LATOYA YEVETTE EMMONS**, shall forfeit to the United States all property involved in or traceable to property involved in the offenses, including but not limited to all proceeds obtained directly or indirectly from the offenses, and all property used to facilitate the offenses.

The Grand Jury has determined that probable cause exists to believe that the following property is subject to forfeiture as a result of one or more of the offenses alleged in this indictment:

(1) **Intratec, Model AB10, 9mm caliber pistol, bearing serial number A052793;**

(2) **Bersa, Model Thunder 380, .380 caliber pistol, bearing serial number 721648;**

(3) Smith and Wesson, Model SW40VE, .40 caliber pistol, bearing serial number DUB3629;

(4) One (1) American Tactical thirty-one round 9mm magazine; and

(5) Any ammunition seized.

Further, if any property described above, as a result of any act or omission of the defendants: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the Court; d) has been substantially diminished in value; or e) has been commingled with other property, which cannot be divided without difficulty, then it is the intent of the United States to seek a judgment of forfeiture of any other property of said defendant up to the value of the property described in this notice or any bill of particulars supporting it.

All pursuant to Section 853, Title 21, United States Code.

GREGORY K. DAVIS
United States Attorney

A TRUE BILL:

/SIGNATURE REDACTED

This Indictment was returned in open court by the foreperson or deputy foreperson of the Grand Jury on this the 7th day of December, 2016.

UNITED STATES MAGISTRATE JUDGE